**Order entered June 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00512-CR

## EX PARTE EDRICK PAUL FULLER

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX21-93120-J**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's determination denying relief on his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **June 21, 2022**. We **ORDER** that the clerk's record contain copies of the application for writ of habeas corpus, any response to the writ application filed by

the State, any other documents related to the writ application, the trial court's order ruling on the writ application, any findings of fact on the writ application that the trial court has entered, the trial court's certification of the right to appeal, and any other documents filed with the clerk that the parties request.

We **ORDER** Official Court Reporter Kimberly Xavier to file, by **June 21, 2022**, either the reporter's record of the hearing on the writ application or a certification that no hearing was held.

After the record is filed, the Court will determine if it requires briefing and set appropriate deadlines for any briefs. *See* TEX. R. APP. P. 31.1(b).

We **DIRECT** the Clerk to send copies of this order to the Honorable Audra Riley, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; John Creuzot, Dallas County District Attorney; and Edrick Paul Fuller, pro se appellant.

/s/    ERIN A. NOWELL
       JUSTICE